

# COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
### EL PASO, TEXAS

| | § | |
|---|---|---|
| SEAN MICHAEL KELLY, | | No. 08-12-00291-CR |
| | § | |
| Appellant, | | Appeal from |
| | § | |
| v. | | 415th District Court |
| | § | |
| THE STATE OF TEXAS, | | of Parker County, Texas |
| | § | |
| Appellee. | | (TC # 15133) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 6TH DAY OF AUGUST, 2014.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.